**In the Matter of PARAMOUNT PUBLIX CORPORATION, Debtor.**

**FIFTEENTH STREET INVESTMENT COMPANY, Appellant, v. PARAMOUNT PICTURES INC. (formerly Paramount Publix Corporation), Appellee.**

**SIXTEENTH STREET REALTY COMPANY, Appellant, v. PARAMOUNT PICTURES INC. (formerly Paramount Publix Corporation), Appellee.**

Nos. 152, 153.

Circuit Court of Appeals, Second Circuit. Dec. 2, 1935.

Jones, Clark & Higson, of New York City (Kenneth F. Clark and Francis D. Higson, both of New York City, of counsel), for appellant.

Root, Clark, Buckner & Ballantine, of New York City (Henry J. Friendly, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Orders affirmed.

**James NORTON, Appellant, v. J. A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, California, Appellee.**

No. 7994.

Circuit Court of Appeals, Ninth Circuit. Dec. 13, 1935.

James Norton, in pro. per.

H. H. McPike, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellant in pro. per. to dismiss appeal, without prejudice, and by direction of the court, it is ordered that the appeal herein be, and hereby is, dismissed, without prejudice, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

**In the Matter of PRAIRIE GARAGE, Inc., Debtor.**

**PRAIRIE GARAGE, Inc., v. BOARD OF EDUCATION OF THE CITY OF CHICAGO.**

No. 5600.

Circuit Court of Appeals, Seventh Circuit. Nov. 8, 1935.

George S. Pines, of Chicago, Ill., for appellant.

Richard S. Folsom, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.